# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: )<br>)<br>**WORLD HEALTH JETS LLC** )<br>)<br>       **Debtor** )<br>) <br>_____) | **CASE NO. 16-00296-NPO**<br>**Chapter 11** |

## MOTION OF WORLD HEALTH JETS LLC
## FOR ORDER DIRECTING JOINT ADMINISTRATION
## OF AFFILIATED CASES PURSUANT TO BANKRUPTCY RULE 1015(B)

World Health Jets LLC, the Debtor and Debtor-in-possession (collectively, the "*Debtor*" or "*WHJ*") in the above referenced chapter 11 case, by and through the undersigned attorneys, files this *Motion of World Health Jets LLC for Order Directing Joint Administration of Affiliated Cases Pursuant to Bankruptcy Rule 1015(b)* (the "*Motion*") and seeks an order directing the joint administration of this chapter 11 bankruptcy case with the cases of the affiliated debtors, Opus Management Group Jackson, LLC ("*Opus Management*"), RxPro of Mississippi, Inc., d/b/a McDaniel Pharmacy ("*McDaniel Pharmacy*"), OpusRx, LLC ("*OpusRx*"), Estonna Management Group LLC, d/b/a The Brooks Pharmacy, and d/b/a The Pharmacy at BCHC, and d/b/a Vitality Compounding Pharmacy, and d/b/a Vitality Pharmacy ("*Vitality*"), Rx Pro Pharmacy & Compounding, Inc., d/b/a OpusRx (Hallandale, Florida) ("*Hallandale*"), and CareRx Pharmacy Group, LLC ("*CareRx*"), (WHJ, Opus Management, McDaniel Pharmacy, OpusRx, Vitality, Hallandale, and CareRx, collectively, the "*Debtors*"), and the consolidation thereof for procedural purposes only, with Opus Management being designated as the lead case (the "*Lead Case*"). In support of the Motion, the Debtor presents the following:

## JURISDICTION

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, 11 U.S.C. § 105(a) and other applicable sections of the United States Bankruptcy Code. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

## BACKGROUND

2. On February 2, 2016 (the "***Petition Date***"), the Debtor filed its voluntary petition for relief and thereby commenced its bankruptcy case under chapter 11, title 11 of the United States Code (the "***Bankruptcy Code***"), in the United States Bankruptcy Court for the Southern District of Mississippi (the "***Court***").

3. Pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code, the Debtor is operating the business and managing the properties as Debtor-in-possession.

4. No trustee or examiner has been appointed, and no official committee of unsecured creditors has been established at this time.

5. The Debtor is a Mississippi limited liability company with its principal place of business located at 350 West Woodrow Wilson Avenue, #132, Jackson, Mississippi. The Debtor is an asset holding company consisting of one (1) 2013 Embraer EMB-500 Phenom 100.

6. On February 2, 2016, the following related entities also filed a voluntary petition for relief and thereby commenced its bankruptcy case under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Mississippi:

| Debtor's Name | Case Number |
|---|---|
| Opus Management | Case No. 16-00297-NPO ("***Opus Management Case***") |
| McDaniel Pharmacy | Case No. 16-00288-NPO ("***McDaniel Pharmacy Case***") |
| OpusRx | Case No. 16-00291-NPO ("***OpusRx Case***") |
| Vitality | Case No. 16-00292-NPO ("***Vitality Case***") |

| | |
|---|---|
| Hallandale | Case No. 16-00294-NPO ("*Hallandale Case*") |
| CareRx | Case No. 16-00295-NPO ("*CareRx Case*") |
| WHJ | Case No. 16-00296-NPO ("*WHJ Case*") |

**RELIEF REQUESTED**

7. The Debtor has filed this Motion seeking to procedurally consolidate the Lead Case, the McDaniel Pharmacy Case, the OpusRx Case, the Vitality Case, the Hallandale Case, the Care Rx Case, and the WHJ Case for administrative purposes only. The Debtor is not seeking to substantively consolidate these cases at this time.

8. Five of the debtor-entities (McDaniel Pharmacy, OpusRx, Vitality, Hallandale, and Care Rx) operate retail pharmacies and also serve as compounding pharmacies. WHJ is an asset holding company, which holds title to a 2013 Embraer EMB-500 Phenom 100 aircraft used in the related businesses, and Opus Management provides management and administrative services for the other six entities, as well as certain non-debtor entities.

9. The Debtors believe that chapter 11 is the mechanism by which the Debtors will best be able to maintain the going concern value of their businesses, obtain necessary financing to address their immediate liquidity concerns, and preserve their existing customer and business relationships for the benefit of the bankruptcy estate, their creditors and other interested parties.

10. Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") authorizes joint administration of separate cases when filed by affiliated debtors. The Debtors constitute "affiliates" as the term is defined in Section 101(2) of the Bankruptcy Code due to the fact that, Opus Management manages and provides administrative services for the five pharmacy debtors, as well as providing other administrative services for WHJ and other non-pharmacy entities.

11. The Debtors' business operations, structure, financing, and purpose are closely related. All of the administrative and management services necessary to oversee the operations of the Debtors are provided by the Debtor and its management.

12. As a result of the nature of the relationships of the Debtors, their common operating structure and the management and administrative structure, the Debtor believes that a joint administration pursuant to Bankruptcy Rule 1015(b) of the Opus Management Case, the McDaniel Pharmacy Case, the OpusRx Case, the Vitality Case, the Hallandale Case, the Care Rx Case, and the WHJ Case would produce administrative efficiencies and a substantial reduction in administrative expenses which would benefit the interests of all concerned – the bankruptcy estates, the creditors, and all interested parties, particularly with respect to functions such as filing pleadings and noticing hearings. Furthermore, the Court and the Clerk would similarly benefit from the judicial economy resulting that a joint administration because of: (a) a single consolidated scheduling and noticing process; (b) elimination of duplicative pleadings by having a single pleading filed related to all cases; (c) a lessened probability of pleading being misfiled in the incorrect bankruptcy case, and; (d) an overall simplification in the administration of these bankruptcy cases.

13. The Debtor suggests that, upon entry of an Order granting this Motion, all documents filed in the Opus Management Case as the Lead Case, the McDaniel Pharmacy Case, the OpusRx Case, the Vitality Case, the Hallandale Case, the Care Rx Case, and the WHJ Case should be filed with the following caption:

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re: )<br>)<br>**OPUS MANAGEMENT GROUP** )<br>    **JACKSON, LLC,** *et al.*[1] )<br>)<br>)<br>)<br>**Debtors** )<br>                                                 ) | **CASE NO. 16-00297-NPO**<br>**Chapter 11**<br>**Jointly Administered** |

14. The Debtor further requests that all future pleadings be filed only in the Lead Case, *Opus Management Group Jackson, LLC, et al.*, Case No. 16-00297-NPO.

15. The Debtor requests that proofs of claim not be included in the joint administration, but rather that all proofs of claim should be filed by creditors in each particular case and maintained in each bankruptcy cases' respective claims register.

16. The Debtor also concurs with the United States Trustee that a separate Schedules of Assets and Liabilities and Statement of Financial Affairs be filed for each debtor in its own case.

17. The Debtor acknowledges that the purpose of this Motion is for joint administration and is not a consolidation of the bankruptcy estates and assets between the Lead Case, the McDaniel Pharmacy Case, the OpusRx Case, the Vitality Case, the Hallandale Case, the Care Rx Case, and the WHJ Case.

---

[1] The chapter 11 cases of the following affiliated Debtors have been administratively consolidated for joint administration pursuant to that certain *Order Granting Motion of the Debtor for Order Directing Joint Administration of Affiliated Cases Pursuant to Bankruptcy Rule 1015(b)*, dated _____, 2016 [Dkt. # \_\_]: Opus Management Group Jackson, LLC ("*Opus Management*"), Case No. 16-00297-NPO, RxPro of Mississippi, Inc., d/b/a McDaniel Pharmacy ("*McDaniel Pharmacy*"), Case No. 16-00288-NPO, OpusRx, LLC ("*OpusRx*"), Case No. 16-00291-NPO, Estonna Management Group LLC, d/b/a The Brooks Pharmacy, and d/b/a The Pharmacy at BCHC, and d/b/a Vitality Compounding Pharmacy, and d/b/a Vitality Pharmacy ("*Vitality*"), Case No. 16-00292-NPO, Rx Pro Pharmacy & Compounding, Inc., d/b/a OpusRx ("*Hallandale*"), Case No. 16-00294-NPO, CareRx Pharmacy Group, LLC ("*CareRx*"), Case No. 16-00295-NPO, and World Health Jets LLC ("*WHJ*"), Case No. 16-00296-NPO.

18. Notice and Service of this Motion will be provided to all parties listed on **Exhibit A** attached hereto, which is the collective service list for the Twenty Largest Unsecured Creditors for each of the seven (7) debtors. The Debtor submits that such notice and service are sufficient under the circumstances.

WHEREFORE, the Debtor requests that the Court enter an Order directing joint administration of the Lead Case, the McDaniel Pharmacy Case, the OpusRx Case, the Vitality Case, the Hallandale Case, the Care Rx Case, and the WHJ Case under the case number of the Lead Case, *Opus Management Group Jackson, LLC*, *et al.* and that all documents to be filed thereafter be captioned as set forth above. The Debtor requests such other relief that the Court deems necessary and just.

THIS, the 9th day of February 2016.

Respectfully submitted,

**WORLD HEALTH JETS LLC**

By: */s/ Thomas M. Hewitt*

Stephen W. Rosenblatt (Miss. Bar No. 5676)
Christopher R. Maddux (Miss. Bar No. 100501)
J. Mitchell Carrington (Miss. Bar No. 104228)
Thomas M. Hewitt (Miss. Bar No. 104589)
BUTLER SNOW LLP
1020 Highland Colony Parkway, Suite 1400
Ridgeland, MS 39157
Telephone: (601) 985-4504
Steve.Rosenblatt@butlersnow.com
Chris.Maddux@butlersnow.com
Mitch.Carrington@butlersnow.com
Thomas.Hewitt@butlersnow.com

ATTORNEYS FOR THE DEBTOR

-7-

## CERTIFICATE OF SERVICE

I certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive service electronically and was separately served by e-mail on the following:

Ronald H. McAlpin, Esq.
Trial Attorney, Office of the United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5002
Ronald.McAlpin@usdoj.gov

Office of the United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201-5002
USTPRegion05.AB.ECF@usdoj.gov

David N. Usry, Esq.
Assistant United States Attorney
501 East Court St., Suite 4.430
Jackson, MS 39201
David.Usry@usdoj.gov

Mary Helen Wall, Esq.
Assistant United States Attorney
501 East Court St., Suite 4.430
Jackson, MS 39201
mary.helen.wall@usdoj.gov

The Creditors identified on the attached **Exhibit A** hereto.

SO CERTIFIED, this the 9th day of February 2016.

                                               */s/ Thomas M. Hewitt*
                                               THOMAS M. HEWITT

-8-

**Exhibit A**

29766098v1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0538-3<br>Case 16-00296-NPO<br>Southern District of Mississippi<br>Jackson-3 Divisional Office<br>Tue Feb  9 10:52:07 CST 2016 | Origin Bank<br>c/o William H. Leech<br>PO Box 6020<br>Ridgeland, MS 39158-6020 | World Health Jets LLC<br>350 W Woodrow Wilson<br>#132<br>Jackson, MS 39213-7681 |
| U.S. Bankruptcy Court<br>501 East Court Street, Suite 2.300<br>P.O. Box 2448<br>Jackson, MS 39225-2448 | Big River Oilfield Service<br>1516 Murray Drive<br>Vidalia, LA 71373-3119 | Christopher Meredith, Esq.<br>Attorney for Origin Bank<br>PO Box 6020<br>Ridgeland, MS 39158-6020 |
| Christopher R. Maddux<br>Butler Snow LLP, Attorneys for<br>World Health Jets LLC<br>1020 Highland Colony Parkway, Suite 1400<br>Ridgeland, MS 39157-2139 | Embraer CAE Training Ser.<br>Lockbox #7247-6802<br>Philadelphia, PA 19170-6802 | Embraer Executive Jet Serv<br>2008 General Aviation Dr.<br>Melbourne, FL 32935-6308 |
| Four Point Aero Services<br>8601 Lemmon Ave.<br>Dallas, TX 75209-1614 | INTERNAL REVENUE SERVICE<br>C/O UNITED STATES ATTORNEY<br>501 E. COURT ST., STE. 4.430<br>JACKSON, MS 39201-5025 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| J. Mitchell Carrington<br>Butler Snow LLP, Attorneys for<br>World Health Jets LLC<br>1020 Highland Colony Parkway, Suite 1400<br>Ridgeland, MS 39157-2139 | (p)MISSISSIPPI STATE TAX COMMISSION<br>P O BOX 22808<br>JACKSON MS 39225-2808 | McCain Aviation<br>146 Hwy 49 N.<br>Jackson, MS 39209-9512 |
| Opus Mgmt Group of Jackson<br>350 W Woodrow Wilson<br>Ste 132<br>Jackson, MS 39213-7681 | Origin Bank<br>1101 Roc Lane<br>Jackson, MS 39213 | Rankin County, Mississippi<br>211 E. Government St.<br>Ste B<br>Brandon, MS 39042-3269 |
| Sarah Beth Wilson, Esq.<br>Attorney for Origin Bank<br>PO Box 6020<br>Ridgeland, MS 39158-6020 | Stephen W. Rosenblatt<br>Butler Snow LLP<br>1020 Highland Colony Parkway<br>Suite 1400<br>Ridgeland, MS 39157-2139 | Timothy Anzenberger, Esq.<br>Attorney for Origin Bank<br>PO Box 6020<br>Ridgeland, MS 39158-6020 |
| Tri-Jet LLC<br>Attn: Lisa Barefoot<br>600 Crescent Blvd.<br>Ste B<br>Ridgeland, MS 39157-8645 | U.S. SECURITIES & EXCHANGE COMMISSION<br>C/O UNITED STATES ATTORNEY<br>501 E. COURT ST., STE. 4.430<br>JACKSON, MS 39201-5025 | U.S. SECURITIES & EXCHANGE COMMISSION<br>OFFICE OF REORGANIZATION<br>950 EAST PACES FERRY RD, STE 900<br>ATLANTA, GA 30326-1382 |
| United States Trustee<br>501 East Court Street<br>Suite 6-430<br>Jackson, MS 39201-5028 | William H. Leech, Esq.<br>Attorney for Origin Bank<br>PO Box 6020<br>Ridgeland, MS 39158-6020 | World Fuel Services<br>2458 Paysphere Circle<br>Chicago, IL  60674-0024 |
| Christopher R. Maddux<br>Butler Snow LLP<br>PO Box 6010<br>Ridgeland, MS 39158-6010 | J Mitchell Carrington<br>Butler Snow LLP<br>PO Box 6010<br>Ridgeland, MS 39158-6010 | Stephen W. Rosenblatt<br>Butler Snow LLP<br>P.O. Box 6010<br>Ridgeland, MS 39158-6010 |

```
Thomas M Hewitt
Butler Snow LLP
1020 Highland Colony Pkwy Ste 1400
Ridgeland, MS 39157-2139
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
INTERNAL REVENUE SERVICE              MS STATE TAX COMMISSION
PO BOX 21126                          BANKRUPTCY SECTION
PHILADELPHIA, PA 19114                PO BOX 23338
                                      JACKSON, MS 39225
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)World Health Jets LLC              End of Label Matrix
350 W. Woodrow Wilson                 Mailable recipients    30
#132                                  Bypassed recipients     1
Jackson, MS 39213-7681                Total                  31
```